IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WILLIAM TERRY AMONETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:18-cv-0844 |
| v. ) | District Judge William L. Campbell, Jr. |
| ) | Magistrate Judge Barbara D. Holmes |
| CITY OF FAIRVIEW, TENNESSEE; ) | |
| ZACHARY HUMPHREYS; and ) | Jury Demand |
| SCOTT COLLINS. ) | |
| ) | |
| Defendants. ) | |

## STIPLULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL LIABILITY AND OFFICIAL CAPACITY CLAIMS AGAINST DEFENDANTS COLLINS AND HUMPHREYS

Pursuant to Rule 41 (a)(1)(A)(ii), F.R.C.P., the Plaintiff dismisses with prejudice all claims of individual capacity and official capacity liability against Defendants Scott Collins and Zachary Humphreys in the above-styled case.

**Stipulated to and Approved:**

*/s/ Robert M. Burns*
Robert M. Burns, #15383
Samantha A. Foster, #37250
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203-1089
(615) 921-5211 Direct
(615) 244-3518 Fax
rburns@howell-fisher.com
sfoster@howell-fisher.com
*Attorneys for Defendants*

/s/ Michael R. Small
*with permission by Robert M. Burns*
Emily Pfeiffer, Esq. #036156
Michael R. Small, Esq. #37026
KELLI HAAS & ASSOCIATES, PLLC
2550 Meridian Blvd., STE 200
Franklin, TN 37067
Ph: 615-567-7306 (Pfeiffer)
Ph: 615-567-7303 (Small)
emily@khalawgroup.com
michael@khalawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that the foregoing Stipulation of Dismissal With Prejudice of Individual Liability and Official Capacity Claims Against Defendants Collins and Humphreys was filed electronically on November 26, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system upon:

Emily Pfeiffer, Esq. #036156
Michael R. Small, Esq. #37026
KELLI HAAS & ASSOCIATES, PLLC
2550 Meridian Blvd., STE 200
Franklin, TN 37067
emily@khalawgroup.com
michael@khalawgroup.com
*Attorneys for Plaintiff*

/s/ Robert M. Burns
Robert M. Burns