IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| WILLIAM TERRY AMONETTE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| | ) | NO. 3:18-cv-00844 |
| v. | ) ) | JUDGE CAMPBELL |
| CITY OF FAIRVIEW, TENNESSEE, et al., | ) ) ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court are the parties' Stipulations of Dismissal (Doc. Nos. 37, 38), indicating all claims in this case have been resolved. Accordingly, this case is **DISMISSED**, with prejudice. The trial scheduled for July 28, 2020, and the pretrial conference scheduled for July 20, 2020, are cancelled. The Clerk is directed to close the file.

This order shall constitute the final judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE